**MISSOURI CENTERS LIMITED, A California Partnership, Respondent,**

v.

**Henry PENA, Defendant,**

**and**

**Victor Arana, Appellant.**

**No. WD 45673.**

Missouri Court of Appeals, Western District.

Sept. 8, 1992.

Luanne F. Kurth, Kansas City, for appellant.

John Manring, Utz, Litvak, Summers, Powers & Manring, St. Joseph, for respondent.

Before TURNAGE, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from entry of Summary Judgment on Petition for rent and damages for removal of fixtures.

Judgment affirmed. Rule 84.16(b).